UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:
MICHAEL LEE REYNOLDS                         CASE NUMBER: 18-12048
CYNTHIA KAY REYNOLDS                         CHAPTER 13
Debtor(s)

## AGREED MODIFICATION

COME NOW, the Trustee, Debra L. Miller, by Counsel, and the Debtor(s), by Counsel, and state as follows:

1. Secured creditors listed in Section 3.2 – OneMain Financial and Profed Federal Credit Union - shall be paid the value listed in the Plan OR the value of the collateral listed in the proof of claim, whichever is **less**.

2. The Plan lists finite monthly payments for mortgage arrearages to Bank of America and Wilmington Savings Fund Society. This provision is stricken and the arrearages shall be paid in full pursuant to the allowed claim as funds are available. The creditor is not guaranteed any specific monthly payment on the mortgage arrearages, but shall continue to receive the contractual monthly installment payments on the ongoing post-petition mortgage payments.

3. All other terms remain the same.

Dated: December 19, 2018

/s/Katherine E. Iskin                              /s/Wesley Steury
Katherine E. Iskin (33679-71),                     Attorney for Debtor
Staff Attorney for Debra L. Miller                 200 E. Main St. #1000
PO Box 11550                                       Fort Wayne, IN 46802
South Bend, IN  46634                              (260) 426-1300
(574) 254-1313