UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

**IN RE:**                                                          CASE NO.   18-12048
MICHAEL LEE REYNOLDS
CYNTHIA KAY REYNOLDS
     Debtor(s)                                                  CHAPTER 13


**ORDER TO COMMENCE MORTGAGE PAYMENT WITHOUT NOTICE**

Debtors, by counsel, and the Trustee hereby request that the Court Order the Trustee to commence regular mortgage payments as:

1.  The Chapter 13 Plan includes mortgage payments to be paid by the Trustee but does not provide for the Trustee to pay adequate protection.
2.  The Chapter 13 Plan provides to treat the claim as entitled to treatment under 11 U.S.C. §1322(b)(5).
3.  Time is of essence in commencing mortgage payments and such early payment is contemplated by 11 U.S.C. §1326.
4.  The Trustee shall commence payments to the mortgagee as follows:

| | |
|---|---|
| Mortgagee Name: | WILMINGTON SAVINGS FUND SOCIETY |
| Mortgagee Address: | AKA CHRISTINA TRUST, 333 SOUTH ANITA DRIVE, SUITE 400 ORANGE, CA 92868- |
| Trustee Claim No: | 0110 |
| Starting Date | NOVEMBER 2018 |
| Account No. | 6531 - 3RD MTG POST PYMNT |
| Payment Amount | $428.14 |

**Stipulation and Order to Commence Adequate Protection Payments without Notice**
**Page 2**
**Case No: 18-12048**

Respectfully Submitted:

_____          /s/ Debra L. Miller, Trustee
Debtor's Attorney                                          Debra L. Miller, Trustee


SO ORDERED this _____ day of _____, 2018.


                                                              _____
                                                              Robert E. Grant, Chief Judge
                                                              US Bankruptcy Court


By U.S. Mail to the Debtor and Debtor's Attorney as follows:
Debtor: MICHAEL LEE REYNOLDS, 10026 RAINDANCE COURT, , FORT WAYNE, IN, 46825


By electronic e-mail to:
Debra L. Miller, Trustee: dmiller@trustee13.com;

Debtor's Attorney: BURT BLEE DIXON SUTTON & BLOOM,WESLEY STEURY, 200 EAST MAIN ST STE 1000, FORT WAYNE, IN, 46802-

U.S. Trustee: ustpregion10.so.ecf@usdoj.gov